*In re* MARRIAGE OF MARGARET H. CAMPBELL, Petitioner-Appellee, and THOMAS CAMPBELL, Respondent-Appellant.

First District (3rd Division)  Nos. 1—91—2189, 1—91—4050, 1—92—4315 cons.

Opinion filed August 11, 1993.—Modified on denial of rehearing November 17, 1993.

*In re Marriage of Campbell*, Nos. 1—91—2189, 1—91—4050, 1—92—4315 cons., originally published at 252 Ill. App. 3d 653, was subsequently withdrawn and vacated by court order dated December 14, 1994.